# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JERRY A. MERCER, JR., AND JERRY A. MERCER, III, | : | No. 260 EAL 2021 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MARTIN P. NEWELL, JR. AND ACTIVE RADIATOR REPAIR CO., | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 11ᵗʰ day of May, 2022, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

> This Court in *Martin* only recognized an exception to the WCA for certain fraudulent misrepresentation claims, and no subsequent court has applied the *Martin* exception to any other types of claims. Did the Superior Court therefore err in ordering that Respondents could proceed with their medical monitoring, battery, and intentional infliction of emotional distress claims under the *Martin* exception?